# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KEATON & ASSOCIATES,

    Plaintiff,

v.

PHOENIX TRADING COMPANY, LLC, THE PERIMETER GROUP INTERNATIONAL, INC., ALLENS, INC. d/b/a ALLENS CANNING COMPANY, ROBERT D. GOLUB d/b/a PHOENIX TRADING CO., ROBERT J. FANG, d/b/a PHOENIX TRADING COMPANY and ROBERT D. GOLUB, KAREN P. GOLUB, ROBERT J. FANG, SUSAN FANG, each individually,

    Defendants.

CIVIL ACTION NO.
1:08-CV-2627-RWS-LTW

## **ORDER**

This case comes before the Court on Defendants' Motion for a Preliminary Injunction [23]. Defendants request that the Court require Plaintiff to accept money held in an escrow fund in satisfaction of the judgment at issue

and enjoin Plaintiff from levying against Defendants' personal assets. [23] Plaintiff opposes the injunction as a violation of the Anti-Injunction Act, stating that, an injunction halting a state court proceeding is inappropriate, "except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. After a review of the record and a hearing held on March 10, 2009, the Court finds that an injunction would be inappropriate given the expressed constraints of the Anti-Injunction Act. Accordingly, Defendants' Motion for a Preliminary Injunction [23] is **DENIED**.

The Court further finds that expedited discovery is appropriate in this case. The parties are **DIRECTED** to confer in an effort to agree upon an expedited discovery schedule. If the parties are not able to submit a stipulated schedule to the Court within five (5) days, each party shall submit a proposed schedule to the Court, and the Court will set the schedule.

**SO ORDERED** this  10th  day of March, 2009.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)